IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00080-MSK-PAC

VICKIE JUNE NABORS,
as Personal Representative of the Estate of Sam Markus, Deceased,
for herself individually, and for all heirs,
CASEY NABORS, an individual,
RUSSELL NABORS,  an individual,
MARK ALAN NABORS, an individual, and
NICOLE NABORS,  an individual,

    Plaintiff(s),

v.

ANDY L. MANN,  and
TARGET  TRUCKING, INC.,

    Defendant(s).

## ORDER

O. Edward Schlatter, United States Magistrate Judge

    This is a wrongful death action arising under the court's diversity jurisdiction, 28 U.S.C. §1332.  The matter before the court is Plaintiffs' Unopposed Motion to Amend Complaint (Doc. #5), filed April 19, 2007.

    Plaintiffs request leave to amend their complaint to withdraw their claim for exemplary damages as premature under COLO.REV.STAT. ("C.R.S.) §13-21-102(1.5)(a). The statute states: "A claim for exemplary damages may not be included in any initial claim for relief."  Instead, the plaintiffs may amend their complaint to request exemplary damages after establishing prima facie proof of a triable issue.  *Id.*  Accordingly, it is

    HEREBY **ORDERED** that  Plaintiffs' Unopposed Motion to Amend Complaint (Doc.

#5), filed April 19, 2007, is **GRANTED** as follows:  Plaintiffs' request for exemplary damages is **dismissed without prejudice.**  Plaintiffs may seek leave to amend their pleading at a later date to include a claim for exemplary damages, in compliance with §13-21-102(1.5)(a), C.R.S.  It is

FURTHER **ORDERED** that Plaintiffs' Amended Complaint, attached to their Unopposed Motion to Amend Complaint (Doc. #5), shall be filed this date.

Dated April 23, 2007.

> BY THE COURT:
>
> s/ O. Edward Schlatter
> O. EDWARD SCHLATTER